Memorandum Decisions.

Appeal dismissed because no properly certified transcript of the record has been filed.

Motion to reinstate denied September 17, 1897.

---

St. Johns & Halifax River Railroad Company, a Corporation under the laws of the State of Florida, Appellant, vs. O. T. DeG. Bertola and Henry Genarro, partners under the firm name and style of Bertola & Genarro, Appellees.

Appeal from Circuit Court Volusia county.

*Benjamin P. Calhoun*, for Appellant.

*John W. Price*, for Appellees.

The bill in this case was filed by the appellees against the appellant. There was decree for the complainants and the defendant appeals.

Appeal dismissed because no properly certified transcript of the record has been filed.

---

Savannah, Florida & Western Railway Company, a Corporation under the laws of the State of Georgia, Plaintiff in Error, vs. William S. Wightman, Defendant in Error.

Writ of Error to Circuit Court Columbia county.

*John E. Hartridge* and *A. J. Henry*, for Plaintiff in Error.

*L. Harrison* and *W. A. Niblack*, for Defendant in Error.